**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edmund Powers,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-24-00018-PHX-KML (JZB)<br><br>**ORDER** |

On October 17, 2024, plaintiff Edmund Powers, represented by counsel, filed a motion to amend the complaint. (Doc. 33.) Defendants did not file an opposition but Powers died before the court could rule on the motion. (Doc. 38.) Kelle Powers Smith now seeks to be substituted as plaintiff because she is the personal representative of the Edmund Powers Estate. (Doc. 48.) Smith also requests the motion to amend be reinstated. (Doc. 48.) Smith is substituted and the motion to amend is reinstated.

Defendants did not oppose the motion to amend and it is summarily granted. Local Rule 7.2(i). Because the amended complaint will be filed by a non-prisoner, it will not be subject to the screening requirement of 28 U.S.C. § 1915A. *See Olivas v. Nevada ex rel. Dep't of Corr.*, 856 F.3d 1281, 1284 (9th Cir. 2017) ("a court may screen a complaint pursuant to 28 U.S.C. § 1915A only if, at the time the plaintiff files the complaint, he is [a prisoner]"). Defendants must respond to the amended complaint within the deadline established by rule.

**IT IS ORDERED** the Motion to Substitute (Doc. 48) is **GRANTED**. Kelle Powers

1  Smith is **SUBSTITUTED** in place of Edmund Powers as plaintiff in this matter and the
2  Motion to Amend (Doc. 33) is **REINSTATED**.
3      **IT IS FURTHER ORDERED** the Motion to Amend (Doc. 33) is **GRANTED**.
4  Plaintiff shall file a clean copy of the First Amended Complaint within **five days** of this
5  order. Defendants shall respond to the amended complaint by the deadline established by
6  rule. This matter remains referred to Magistrate Judge John Z. Boyle pursuant to Rules
7  72.1 and 72.2 of the Local Rules of Civil Procedure for all pretrial proceedings as
8  authorized under 28 U.S.C. § 636(b)(1).
9      Dated this 19th day of August, 2025.

Honorable Krissa M. Lanham
United States District Judge